NICHOLAS J. SANTORO
Nevada Bar No. 532
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel. (702) 408-3400 / Fax: (702) 408-3401
Email: nsantoro@spencerfane.com
*Attorney for Tempus Technologies, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF LAS VEGAS<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TEMPUS TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Civil Case No. 2:26-cv-1027-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff CITY OF LAS VEGAS ("*Plaintiff*"), by and through its counsel of record, and Defendant TEMPUS TECHNOLOGIES, INC. ("*Tempus*"), by and through its counsel of record (collectively, the "*Parties*"), as follows:

1.　　On April 2, 2026, Tempus filed its Petition for Removal. ECF No. 1.

2.　　Tempus' response to the Complaint (ECF No. 1-2) is currently due April 9, 2026.

3.　　The Parties hereby stipulate and agree that Tempus' deadline to respond to the Complaint should be extended by an additional thirty (30) days, up to and including May 9, 2026.

4.　　The stipulated extension is supported by good cause, as Tempus requires additional time to investigate the allegations of the Complaint and prepare its response. In addition, undersigned counsel for Tempus has planned international travel and will be largely unavailable for eleven (11) days in April during the response period.

5.　　This is the first requested extension of the deadline requested herein.

6.　　No party will be prejudiced by the stipulated extension, nor will the stipulated extension cause undue delay.

7.    The stipulated extension is not brought for any improper purpose.

IT IS SO STIPULATED.

DATED this 7th day of April, 2026.

DATED this 7th day of April, 2026.

**LAS VEGAS CITY ATTORNEY'S OFFICE**

**SPENCER FANE LLP**

/s/ Crislove A. Igeleke

JEFFRY M. DOROCAK
Nevada Bar No. 13109
NECHOLE M. GARCIA
Nevada Bar No. 12746
CRISLOVE A. IGELEKE
Nevada Bar No. 14382
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
Tel.: (702) 229-6629
Fax: (702) 386-1749
Email: cigeleke@lasvegasnevada.gov

*Attorneys for Plaintiff City of Las Vegas*

/s/ Nicholas J. Santoro

NICHOLAS J. SANTORO
Nevada Bar No. 532
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Fax: (702) 408-3401
Email: nsantoro@spencerfane.com

*Attorney for Defendant Tempus Technologies, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGSITRATE JUDGE

DATED:  April 8, 2026

2