SAO
JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
NECHOLE GARCIA
Chief Deputy City Attorney
Nevada Bar No. 12746
By: CRISLOVE A. IGELEKE
Deputy City Attorney
Nevada Bar No. 14382
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: cigeleke@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF LAS VEGAS, a municipal corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TEMPUS TECHNOLOGIES, INC., an Indiana corporation,<br><br>Defendant. | CASE NO. 2:26-cv-1027-APG-BNW |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff CITY OF LAS VEGAS (hereinafter "City"), through JEFFRY M. DOROCAK, City Attorney, by NECHOLE GARCIA, Chief Deputy City Attorney and Defendant TEMPUS TECHNOLOGIES, INC., an Indiana corporation, through NICHOLAS J. SANTORO, ESQ., of SPENCER FANE LLP, as follows:

1. The Parties have resolved this case under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
2. Plaintiff's Complaint shall be dismissed in its entirety with prejudice, as set forth in the Parties' settlement agreement, with each party to bear their own attorney's fees and costs.

. . .

No Scheduling Order or trial date has been scheduled yet.

**IT IS SO STIPULATED.**

Dated September 10, 2026

JEFFRY M. DOROCAK
City Attorney

*/s/ Nechole Garcia*
NECHOLE GARCIA
Chief Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Tel.: (702) 229-6629
Email: ngarcia@LasVegasNevada.gov
Attorneys for CITY OF LAS VEGAS

Dated September 10, 2026

SPENCER FANE LLP

*/s/ Nicholas J. Santoro*
NICHOLAS J. SANTORO
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
Attorneys for TEMPUS TECHNOLOGIES, INC.

**ORDER**

UPON STIPULATION OF THE PARTIES and with good cause appearing on the merits therefore:

IT IS SO ORDERED:

Dated: September 14, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:
JEFFRY M. DOROCAK
City Attorney

*/s/ Nechole Garcia*
NECHOLE GARCIA
Chief Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS